1  IAN M. SAMMIS (CA State Bar No. 45883)
2  1108 Tamalpais Avenue #1
   San Rafael, CA 94901
3  Tel.: 415-457-4200
   e-mail: imsammis@pacbell.net
4
5  Attorney for Plaintiff
   William O. Boyd
6
7                   UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
                        SAN FRANCISCO DIVISION
9  WILLIAM O. BOYD,              )
       Plaintiff,                 )  Case No. C-05-03576  CRB
10                                )
11 v.                             )      STIPULATION OF
                                  )   DISMISSAL WITHOUT PREJUDICE
12 JO ANNE B. BARNHART,           )
   Commissioner of Social Security,)      [F.R.C.P. 41(a)(1)]
13                                )
14     Defendant.                 )

15         IT IS HEREBY STIPULATED by and between the parties that Plaintiff
16 voluntarily dismisses this action without prejudice.
17
18 Dated: February 15, 2006              signed /IAN M. SAMMIS/
19                                    by_____
                                         Ian M. Sammis
20                                    Attorney for Plaintiff William O. Boyd
21
22
23 Dated: February    , 2006             signed /SARA WINSLOW/
24                                    by_____
25                                       Ian M. Sammis
                                      United States Attorney's Office
26                                    Attorney for the Commissioner
27 February 21, 2006
28

*IT IS SO ORDERED*
Judge Charles R. Breyer

STIPULATION OF DISMISSAL   Page 1 of 1   Case No. C-05-3576  CRB